# Exhibit 2

**From:** vero@ebay.com
**Subject: VeRO Program -- eBay Listing Removed**
**Date:** September 23, 2019 at 7:45:20 AM PDT
**To:** nick@countycomm.com

Thank you for contacting us.

We are pleased to inform you that the following listing(s) you reported have been removed from eBay in response to the Notice of Claimed Infringement you recently sent:

timepiecerepublic
122902139126
122902194979
142664241663
142664240722
142648627954
142664239628
401472384988
401472407871
401472411238
401472411497
401472412072
401481013861
122902092137
122902138364
122902168056
122902171424
122902189865
122926886454
122926887444
142648564346
142648591779
142648620019
142648621720
142648624560
142648625798
142648626788
142648631951
142648637864
401472401436
401472401759
401472404953
401472405339
122902137448
122902167291
122902170534

142648566131
142648595204
142648616529
142648623745
142648630094

We have notified the seller and all participating bidders that the listing(s) has been removed due to your request.

If the Notice of Claimed Infringement contained items that are not listed above you will receive a separate email communication about those items. These notices may arrive at different times (over a period of up to several hours) as items for different sellers are processed separately.

If you should have any questions or concerns regarding this matter, please do not hesitate to contact us again.

VeRO Program
eBay Trust & Safety