# Exhibit 3

MARATAC infringement

eBay Item No.: 405782381502





MARATAC infringement

eBay Item No.: 142662686835





Buckles for BREITLING    Straps for CARTIER

## Similar items from eBay Stores


**TeeEra Shop**
51K items sold
98.8% positive feedback

**Shop store on eBay →**

Sponsored



$5.99

## Product ratings and reviews    Learn more

**4.8**
★★★★★
17 product ratings

| ★ 5 | | 15 |
| ★ 4 | | 1 |
| ★ 3 | | 1 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

**88%**
Would
recommend

**100%**
Good value

**100%**
Good quality

## Most relevant reviews                                    See all 16 reviews

★★★★★
by ric-ncl
Apr 28, 2018
**TOP FAVORABLE REVIEW**

### Perfect Watch Band for Multiple Uses
I put this strap on my GPW Military or tactical style watch. It is detailed, durable and gives a very good look to the watch. Great for diving, fishing or everyday wear like I use it. The buckle is stainless and extra duty tough. Very comfortable, I can't say enough good things about it!

Verified purchase: Yes · Condition: Pre-Owned

★★★★★
by matthew1252
Jul 20, 2018

### Good looking and well built
I bought this band to replace the stock band on a Seiko SNE331. This band is a super nice upgrade. It looks really sharp and appears to be well made. I like how the thickness of the material tapers from the lugs to the ends. The spring bars it came with look pretty beefy as well. Unfortunately I wasn't able to use them because they just wouldn't fit my watch for some reason. The stock spring bars worked just fine. It sheds water like a duck, which is the main reason I bought it. The old band took forever to dry due to the material it's made of. Time will tell how well the stitching holds up. Thumbs up!! 👍

   

Verified purchase: Yes · Condition: Pre-Owned · Sold by: timepiecerepublic

★★★★☆
by csev01
Sep 05, 2020

### Kevlar part in the description is false advertisement
Band is good for my classic Casio PRL10 Ley but I was hoping for real Kevlar since rubber makes me sweat and stick. But its only Kevlar TEXTURE its rubber. Better than smooth rubber. Over all 4stars

★★★★★
by kclererramo
Jan 21, 2019

### Good looking, well made band
Excellent well made watch band.

Verified purchase: Yes · Condition: Pre-Owned · Sold by: timepiecerepublic

★★★★★
by mumskl
Apr 02, 2018

### Good!
Bell and Ross were fitted to 24mm. Existing rubber band smelled bad. Leather goods were also bad in summer. I recommend a this band in the summer.

   

Verified purchase: Yes · Condition: Pre-Owned · Sold by: timepiecerepublic

## You may also like                                    Feedback on our suggestions

New 24mm Maratac PVC Composite Rubber Band Black Diver Watch Strap for BREITLING
New (Other)
$17.99
+ $5.95 shipping

New 22mm Maratac PVC Composite Rubber Band Black Diver Watch Strap for BREITLING
New (Other)
$17.99
+ $5.95 shipping

20mm Maratac PVC Composite Rubber Band Black Diver Watch Strap for OMEGA White R
New (Other)
$17.99
+ $5.50 shipping

20mm PVC Composite Rubber Band Black Diver Watch Strap Kevlar for Maratac Red
New (Other)
$17.99
Free shipping

New 24mm PVC Rubber Band Black Diver Watch Strap Maratac for PANERAI Black
New (Other)
$17.95
+ $4.00 shipping

ZULU infringement

eBay Item No.: 405101155580

Hi! Sign in    Daily Deals    Gift Cards    Help & Contact                    Sell    My eBay ⌄    🔔    🛒

ebay    🔍 Search for anything

## People who viewed this item also viewed

Ballistic Nylon Diver Strap 3 Rings Blue Watch Band Brush for Zulu 24 22 20 18

**$16.00**
+ $4.00 shipping

Ballistic Nylon Diver Strap 3 Rings Grey Watch Band Brush for Zulu 24 22 20 18

**$16.99**
+ $5.00 shipping



### Ballistic Nylon Diver Strap 3 Rings Orange Zulu Watch Band Brush 24 22 20 18

**TimePieceRepublic**(56578)

98.1% positive
Seller's other items
Contact seller

›

US **$16.99**

Condition: **New without tags** ⓘ

Strap Size: **Select** ⌄

Quantity: [ 1 ]    More than 10 available

Buy It Now

Add to cart

♡ Add to Watchlist



Have one to sell?  Sell now                    Share

↩ **Breathe easy.** Returns accepted.

Shipping: US **$5.95** USPS First Class®. See details
Located in: Beverly Hills, California, United States

Delivery: Estimated between **Fri, Jul 11** and **Wed, Jul 16** to 33178 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

Payments:



Special financing available. See terms and apply now

## Similar Items
Sponsored                    See all



22 mm COW Leather Strap Black Watch Band for INVICTA...
New (Other)
**$37.99**
+ $5.95 shipping
**30 watchers**

18mm 20mm 22mm 24mm Ballistic Durable Military Nylo...
New
**$8.95**
Free shipping
**458 sold**

High Quality Thick Nylon Canvas Watch Strap Band Military...
New (Other)
**$17.88**
Free shipping
**67 sold**

Nylon Watch Band Strap 18 20 22 24mm Single Pass Sports...
New (Other)
**$14.80**
Free shipping

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

## Shop with confidence



eBay Money Back Guarantee

Get the item you ordered or your money back. Learn more

## About this item

Seller assumes all responsibility for this listing.

eBay item number: **405101155580**

## Item specifics

Condition
New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more

| | |
|---|---|
| Compatible Brand | Zulu |
| Color | Orange |
| Compatible Model | Zulu |
| MPN | LT2017XZUP07 |
| Material | Nylon |
| Brand | Vintage G. |
| Type | Wristwatch Band |
| Department | Unisex |
| Band Color | Orange |
| Band Material | Ballistic Nylon |
| Band Type | Wrap-Around Strap |

Band Width 24mm, 18 mm, 20 mm, 22 mm

Theme Diver

Country/Region of Manufacture Germany

## Item description from the seller

**Top Quality**
**Heavy Duty Nylon**
Three (**3**) Rings Style
**One (1) Piece Type/Version**
**Diver Band**

**Fit**
**Your Choice of Sizes**
**24mm or 22mm or 20mm or 18mm**

**Strap Specification**

Length: **270mm = 10.5"**

with **15** adjustment holes - Will Fit Any Wrist Size

**Heat Sealed** Holes & End/Edge

**Made in Germany**
Strap Material: **Top Quality Heavy Duty Nylon**
Buckle/Ring: **Top Grade Non Magnetic Silver Brush Stainless**

**Black Seal Military Grade Diver Strap**

**You are bidding**
for
**One (1) Piece**
**Top Quality Nylon Diver Strap**

**Strap Color:**

**Orange** Ballistic Nylon

**All Sizes Available in Our eBay Store**

**18mm, 20mm, 22mm & 24mm**

## About this seller

### TimePieceRepublic

98.1% positive feedback · 151K items sold

📅 Joined May 2006
🕐 Usually responds within 24 hours

Welcome to my eBay store. I sell Watch Bands. Please add me to your list of favorite sellers and visit often.

| Visit store |
| Contact |
| ♡ Save seller |

## Detailed seller ratings

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Average for the last 12 months

## Popular categories from this store    See all

PREMIER Genuine Alligator Band    Genuine Python Skin Band    Straps for Apple Watch    Straps for BAUME & MERCIER

Straps for Bell & Ross    Buckles for Bell & Ross    Straps for BREITLING    Buckles for BREITLING    Straps for CARTIER

## Seller feedback (65,014)

Filter: All ratings ⌄

➕ ***** Past month                                                                 Verified purchase

Fantastic Seller,  new Zulu straps, super nice quality, great price, fast shipping. I reached out to the seller with a question and received an ultra fast response. This seller went above and beyond. I will definitely purchase from this seller again.

➕ r***l (148)  Past 6 months                                                        Verified purchase

Had a fantastic experience purchasing the 24mm CALF Leather Strap with OEM BREITLING Tang Buckle from TimePieceRepublic on eBay. The quality of the strap is top-notch, mirroring the value and appearance exactly as described. It arrived in flawless condition, enhancing the look and feel of my watch. The shipping was prompt and the strap was carefully packaged, all for a reasonable shipping cost. TimePieceRepublic has proven to be a reliable seller with exceptional items. Would highly recommend! 
24mm CALF Leather Strap Black Watch Band with OEM BREITLING Tang Buckle White (#124059232035)

➕ ***** Past 6 months                                                               Verified purchase

As I have already written super seller excellent quality of products or straps bought from him I have been buying for years that have lasted longer than they should. In the sense that he sells products of superior quality superior very fast in delivery, even if there is no traceability or in any case with the due times because he comes from very far away he is always very helpful and above all to a range of products a shop that screams screams. I can only speak about it. Good good even the conne

➕ ***** Past 6 months                                                               Verified purchase

The watchband is exactly as advertised and arrived on time. It is still in the original packaging. No complaints. The price was fair.

***** Past 6 months                                                                                    Verified purchase

Great Dealer/Seller Exact Description Packaged Well F~A ~S~T Delivery Thank you ! !

***** Past 6 months                                                                                    Verified purchase

Accurately described, good price, well packaged and quickly shipped

***** Past month                                                                                       Verified purchase

No issues with transaction. Buckle arrived as described. Second one I've purchased. Quick shipping. Would buy from seller again if need arises. Highly recommend.

6***u (592)   Past 6 months                                                                            Verified purchase

Schnell verschickt, sicher verpackt, Artikel wie abgebildet und beschrieben, gerne wieder. «:::P:::» «:::E:::» «:::R:::» «:::F:::» «:::E:::» «:::K:::» «:::T:::»
Neu 20mm Authentisch Breitling Politur Miniatur Dornschließe 20 MM Zunge (#143629271353)

See all feedback

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

---

Back to home page                                                                                      Return to top

|Listed in category:

Jewelry & Watches   ›   Watches, Parts & Accessori...   ›   Watch Accessories   ›   Wristwatch Bands

## More to explore :

Nylon Diver Orange Wristwatch Bands,   Titanium Band Diver Watches,   Two-Piece Strap Diver Orange Wristwatch Bands,   Two-Piece Strap Diver Nylon Wristwatch Bands,   Diver Orange 22 mm Band Width Wristwatch Bands,   Two-Piece Strap Diver Wristwatch Bands,   Seiko Diver Watches,   Men's Diver Watches,   Two-Piece Strap 20 mm Band Width Wristwatch Bands Nylon,   Women's Diver Watches

## Shop Luxury Watches

| Best Sellers | Rolex | Popular Collections | Top Brands | Iconic Brands |
|---|---|---|---|---|
| Rolex GMT Master II 126710 | GMT-Master II | Omega Seamaster | Omega | Grand Seiko |
| Rolex Datejust 41 126334 | Submariner | Omega Speedmaster | Breitling | Audemars Piguet |
| Rolex Datejust 36 126234 | Cosmograph Daytona | Breitling Chronomat | Cartier | Tudor |
| Rolex Datejust 41 126300 | Datejust | Cartier Ballon Bleu | Tag Heuer | Richard Mille |
| Rolex Submariner Date 126610 | Oyster Perpetual | Tag Heuer Formula 1 | Patek Philippe | IWC |

## Related Searches

Zulu Watch Strap       Zulu Strap 20 mm       22 mm Zulu Strap       Strap Zulu       Zulu Diver       3 Ring Zulu Strap       18 mm Rubber Watch Strap

Vulcanized Rubber Watch Strap       Ball Watch Rubber Strap       18 mm Nylon Watch Band       Zuludiver Strap       Bullet Watch Band

20 mm Divers Watch Strap       Mens Diver Watch Rubber Strap       Bulgari Watch Band

---

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ZULU infringement

eBay Item No.: 124518438219

6/30/25, 12:32 AM
Case 1:25-cv-23073-RKA Document 3 Entered on FLSD Docket 07/09/2025 Page 16 of 26
Screenshot Capture of Listing: Ballistic Nylon Diver Strap 3 Rings Black Watch Band PVD for Zulu... | eBay





| Theme | Diver | | Country/Region of Manufacture | Germany |

**Item description from the seller**

**Top Quality**
**Heavy Duty Nylon**
Three **(3)** Rings Style
**One (1) Piece Type/Version**
**Diver Band**

**Fit**
**Your Choice of Sizes**
**24mm or 22mm or 20mm or 18mm**

**Strap Specification**

**Length: 270mm = 10.5"**
with **15** adjustment holes - Will Fit Any Wrist Size
**Heat Sealed** Holes & End/Edge

Made in Germany
Strap Material: **Top Quality Heavy Duty Nylon**
Buckle/Ring: **Top Grade Non Magnetic Black PVD Brush Stainless**

**Black Seal Military Grade Diver Strap**

You are bidding
for
One **(1)** Piece
**Top Quality Nylon Diver Strap**

**Strap Color:**

**Black** Ballistic Nylon

**All Sizes Available in Our eBay Store**

**18**mm, **20**mm, **22**mm & **24**mm



**About this seller**

**TimePieceRepublic**
98.2% positive feedback · 151K items sold

📅 Joined May 2006
🕐 Usually responds within 24 hours

Welcome to my eBay store. I sell Watch Bands. Please add me to your list of favorite sellers and visit often.

[ Visit store ]
[ Contact ]
[ ♡ Save seller ]

**Detailed seller ratings**

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Average for the last 12 months

**Popular categories from this store**   See all

[ PREMIER Genuine Alligator Band ]
[ Genuine Python Skin Band ]   [ Straps for Apple Watch ]

**Seller feedback** (64,987)

This item (14)    All items (64,987)

Filter: All ratings ⌄   Satisfaction   Value   Usage   Quality

***** · Past year        Verified purchase
Wish this was a 5 ring strap to secure watch better. But for what it is it'll work until I get the 5 ring

***** · Past year        Verified purchase
Awesome product, fast shipping!

***** · Past 6 months        Verified purchase
Excellent, thanks! A++++

***** · More than a year ago        Verified purchase
I love my 3 loop Zulu watch strap. It is very adjustable and affordable. Not bad for under $20!

***** · More than a year ago        Verified purchase
Great product shipped quickly arrived safe and as described. Highly recommended

***** · More than a year ago        Verified purchase
Nice item, fat shipping.

***** · More than a year ago        Verified purchase
Fast delivery. No worries. Thanks.

***** · More than a year ago        Verified purchase
Great product, Thank You :0)

[ See all feedback ]



Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices, and AdChoice

ZULU infringement

eBay Item No.: 126378989959

Hi! Sign in    Daily Deals    Gift Cards    Help & Contact                                           Sell    My eBay ⌄    🔔    🛒

 **ebay**    🔍 Search for anything

## People who viewed this item also viewed

22mm Heavy Duty Germany Nylon Diver Strap 3 Rings Watch Band Brush Buckle Zuluu

$16.00
+ $3.00 shipping

22mm Heavy Duty Germany Nylon Diver Strap Watch Band PVD for Zulu 2 pc Type X

$14.95
+ $5.50 shipping



### 22mm Heavy Duty Germany Nylon Diver Strap 3 Rings Watch Band PVD Buckle Zulu x1

**TimePieceRepublic**(56578)
98.1% positive
Seller's other items
Contact seller                                    ›

---

**US $16.99**

Condition: **New without tags** ⓘ

Strap Color: Select                              ⌄

Quantity:  [ 1 ]    More than 10 available

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

↩ **Breathe easy. Returns accepted.**

Shipping:  **US $5.50** USPS First Class®. See details
Located in: Beverly Hills, California, United States

Delivery:  Estimated between **Fri, Jul 11** and **Wed, Jul 16** to 33178 ⓘ

Returns:  30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

Payments:  

Special financing available. See terms and apply now

---

Have one to sell?  Sell now                Share

## Similar Items
Sponsored                                        See all

Ballistic Nylon 3 Ring PVD Zulu 22mm Watch Strap G10 Military Dive
New
**$10.00**
Free shipping
105 sold

WJB Ribbed Nylon Military Style Watch Strap 20 and 22mm -...
New
**$17.00**
Free shipping
204 sold

20-22mm New FKM Fluorine Rubber, Black Watch Band with...
New (Other)
**$39.99**
+ $4.99 shipping

StrapsCo Nylon Military Watch Strap Band w/ Heavy Duty...
New
**$17.99**
+ $1.99 shipping
70 sold

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

**About this item**

Seller assumes all responsibility for this listing.

eBay item number: **126378989959**

## Item specifics

Condition
New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more

Brand          Vintage G.

Type           Wristwatch Band

Department      Unisex

Band Color      Sand Orange Black

Band Material    Ballistic Nylon

Band Type       Buckle

Color          Orange

Band Width      22 mm, 22mm

Theme          Diver

MPN            LT2017XZUP07

Material        Nylon

Country/Region of Manufacture Germany

## Item description from the seller

**Top Quality**
**Heavy Duty Nylon**
Three (**3**) Rings Style
**One (1) Piece Type/Version**
**Diver Band**

**Fit**
**Any Watches w/ 22mm Lugs**

**Strap Size**

Width: **22mm/22mm**

Length: **270mm = 10.5"**

with **15** adjustment holes - Will Fit Any Wrist Size

**Heat Sealed** Holes & End/Edge

Made in Germany
Strap Material: *Top Quality Heavy Duty Nylon*
Buckle/Ring: *Top Grade Non Magnetic Black PVD Brush Stainless*

Black Seal Military Grade Diver Strap

You are bidding
for
One (**1**) Piece
Top Quality Nylon Diver Strap

**Your Choice of**

**Black** Nylon
or
**Sand** Nylon
or
**Army Green** Nylon
or
**Orange** Nylon
or
**Burgundy Red** Nylon
or
**Grey** Nylon

or
**Navy Blue** Nylon

**All Sizes Available in Our eBay Store**

**18mm, 20mm, 22mm & 24mm**

## About this seller

### TimePieceRepublic

98.1% positive feedback · 151K items sold

📅 Joined May 2006
🕐 Usually responds within 24 hours

Welcome to my eBay store. I sell Watch Bands. Please add me to your list of favorite sellers and visit often.

| Visit store |
| :---: |

| Contact |
| :---: |

| ♡ Save seller |
| :---: |

### Detailed seller ratings

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Average for the last 12 months

### Popular categories from this store   See all

PREMIER Genuine Alligator Band    Genuine Python Skin Band    Straps for Apple Watch    Straps for BAUME & MERCIER

Straps for Bell & Ross    Buckles for Bell & Ross    Straps for BREITLING    Buckles for BREITLING    Straps for CARTIER

## Seller feedback (65,014)

Filter: **All ratings** ⌄

➕ ***** Past month                                                                                      Verified purchase

Fantastic Seller, new Zulu straps, super nice quality, great price, fast shipping. I reached out to the seller with a question and received an ultra fast response. This seller went above and beyond. I will definitely purchase from this seller again.

➕ r***l (148)   Past 6 months                                          Verified purchase

Had a fantastic experience purchasing the 24mm CALF Leather Strap with OEM BREITLING Tang Buckle from TimePieceRepublic on eBay. The quality of the strap is top-notch, mirroring the value and appearance exactly as described. It arrived in flawless condition, enhancing the look and feel of my watch. The shipping was prompt and the strap was carefully packaged, all for a reasonable shipping cost. TimePieceRepublic has proven to be a reliable seller with exceptional items. Would highly recommend! 

24mm CALF Leather Strap Black Watch Band with OEM BREITLING Tang Buckle White (#124059232035)

➕ *****   Past 6 months                                          Verified purchase

As I have already written super seller excellent quality of products or straps bought from him I have been buying for years that have lasted longer than they should. In the sense that he sells products of superior quality superior very fast in delivery, even if there is no traceability or in any case with the due times because he comes from very far away he is always very helpful and above all to a range of products a shop that screams screams. I can only speak about it. Good good even the conne

➕ *****   Past 6 months                                          Verified purchase

The watchband is exactly as advertised and arrived on time. It is still in the original packaging. No complaints. The price was fair.

➕ *****   Past 6 months                                          Verified purchase

Great Dealer/Seller Exact Description Packaged Well F~A ~S~T Delivery Thank you ! !

➕ *****   Past 6 months                                          Verified purchase

Accurately described, good price, well packaged and quickly shipped

➕ *****   Past month                                          Verified purchase

No issues with transaction. Buckle arrived as described. Second one I've purchased. Quick shipping. Would buy from seller again if need arises. Highly recommend.

➕ 6***u (592)   Past 6 months                                          Verified purchase

Schnell verschickt, sicher verpackt, Artikel wie abgebildet und beschrieben, gerne wieder. «:::P:::» «:::E:::» «:::R:::» «:::F:::» «:::E:::» «:::K:::» «:::T:::»

Neu 20mm Authentisch Breitling Politur Miniatur Dornschließe 20 MM Zunge (#143629271353)

[ See all feedback ]

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

---

Back to home page                                                                    Return to top

|Listed in category:

Jewelry & Watches  ›  Watches, Parts & Accessori...  ›  Watch Accessories  ›  Wristwatch Bands

## More to explore :

Titanium Band Diver Watches,  Two-Piece Strap Diver Nylon Wristwatch Bands,  Rubber Band Diver PVD Coated Wristwatches,  Buckle Diver Wristwatch Bands,  22mm Wristwatch Bands,  Seiko Diver Watches,  Men's Diver Watches,  Women's Diver Watches,  Citizen Diver Watches,  Luminox Diver Watches

### Shop Luxury Watches

| Best Sellers | Rolex | Popular Collections | Top Brands | Iconic Brands |
| --- | --- | --- | --- | --- |
| Rolex GMT Master II 126710 | GMT-Master II | Omega Seamaster | Omega | Grand Seiko |
| Rolex Datejust 41 126334 | Submariner | Omega Speedmaster | Breitling | Audemars Piguet |
| Rolex Datejust 36 126234 | Cosmograph Daytona | Breitling Chronomat | Cartier | Tudor |
| Rolex Datejust 41 126300 | Datejust | Cartier Ballon Bleu | Tag Heuer | Richard Mille |
| Rolex Submariner Date 126610 | Oyster Perpetual | Tag Heuer Formula 1 | Patek Philippe | IWC |

### Related Searches

22 mm Zulu Strap     Zulu Watch Strap     Zulu Strap 20 mm     Zuludiver Strap     22 mm Rubber Watch Strap     22 mm Watch Bands

22 mm Watch Band     Mens Watch Bands 22 mm     3 Ring Zulu Strap     Stainless Steel Watch Band 22 mm     22 mm Stainless Steel Watch Band

22 mm Nylon Watch Band     Seiko Diver Watch Band 22 mm     Strap Zulu     22 mm Watch Band Black

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ