# Exhibit 4

7/8/25, 10:06 AM
FireShot Capture 166 - Checkout | eBay - [pay.ebay.com]
Case 1:25-cv-23073-RKA    Document 1-4    Entered on FLSD Docket 07/09/2025    Page 2 of 4







18 20 22 MM Black Silicone Rubber Watch Band Strap Fits for Seiko Diver Hot Soft
New (Other)
$13.99
Free shipping
80 sold
Sponsored

22mm 23mm Nylon Watch Strap Band Canvas Woven Military Style Double Pin...
New
$13.21
$13.90 5% off
Free shipping
12 watchers
Sponsored

LAST ONE
22mm Silicone Rubber Watch Band Fits For Panerai Strap Watchband Diver...
New (Other)
$13.99
Free shipping
88 sold
Sponsored





20 22 MM Soft SKX Silicone Strap Black Rubber Watch Band Fits for Omega USA
New (Other)
$13.99
Free shipping
Sponsored

20MM Color Silicone Rubber Waterproof Mens Watch Strap Divers Quick...
New (Other)
$12.99
Free shipping
46 sold
Sponsored

20MM 22MM Silicone Rubber Mens Waterproof Diver Watch Band Quick...
New (Other)
$13.99
Free shipping
203 sold
Sponsored





ALMOST GONE
Labor Day Sale -Luminox 23mm FP.L.ES Rubber Watch Band Strap...
New (Other)
$22.99
Free shipping
43 sold
Sponsored

LAST ONE
20mm Hadley Roma Black Stitch Silicone Diver Watch Band MS3351
New
$19.50
Free 4 day shipping
Top Rated Plus
Seller 99.6% positive
Sponsored

22MM LUMINOX EVO RUBBER WATCH BAND STRAP 3050 / 3950 / 300...
New
$14.28
Free shipping
201 sold
Sponsored

### Sponsored items from this seller




New 20mm Wenger Swiss Army Nylon Watch Band Black Soft Rubber Watch...
New (Other)
$39.99
+ $5.95 shipping
6 watchers

22mm CARBON FIBER Leather Strap Black Watch Band for INVICTA HQ...
New (Other)
$39.99
+ $4.00 shipping
16 watchers

26mm Grain Leather Strap Black Watch Band for INVICTA Heavy Duty Buckl...
New (Other)
$37.99
+ $5.95 shipping
11 watchers





New 20mm Wenger Swiss Army Nylon Watch Band Blue Soft Rubber Watch...
New (Other)
$39.99
+ $5.95 shipping
7 watchers

24mm NEW COW LEATHER STRAP Brown Watch Band Black Stitch for PANERAI...
New (Other)
$47.99
+ $3.50 shipping
51 sold

22 mm COW Leather Strap Black Watch Band for INVICTA Heavy Duty Buckl...
New (Other)
$37.99
+ $5.95 shipping
30 watchers





26mm NEW COW Leather Strap Black Watch Band for fits PANERAI Red Tang
New (Other)
$39.99
+ $5.00 shipping
6 watchers

24mm COW Leather Strap Black Watch Band for INVICTA w/ Heavy Duty...
New (Other)
$36.99
+ $5.95 shipping
30 watchers

26mm Grain Leather Strap Red Watch Band for INVICTA Heavy Duty Buckl...
New (Other)
$37.99
+ $4.00 shipping
16 watchers


24mm Grain Leather Strap Black Watch Band for INVICTA Heavy Duty Buckl...
New (Other)
$34.95
+ $4.00 shipping
9 watchers


22 mm COW Leather Strap Black Watch Band for INVICTA Heavy Duty Buckl...
New (Other)
$37.99
+ $5.95 shipping
23 watchers


24mm CARBON FIBER Leather Strap Black Watch Band for INVICTA HQ...
New (Other)
$39.99
+ $5.95 shipping
17 watchers


24mm COW Leather Strap Black Watch Band for INVICTA w/ Heavy Duty...
New (Other)
$39.99
+ $5.95 shipping
30 watchers


26mm COW Leather Strap Black Watch Band for INVICTA w/ Heavy Duty...
New (Other)
$37.99
+ $5.00 shipping
15 watchers


22mm NEW COW Leather Strap Brown Watch Band for fits PANERAI Black Tang xl
New (Other)
$39.99
+ $5.50 shipping
29 watchers

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice