UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-23073-RKA

MARATAC, INC.,

        Plaintiff,

v.

JEFFREY LEE,

        Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

Plaintiff MARATAC, INC. and Defendant JEFFREY LEE, by and through their undersigned counsel, and pursuant to Local Rule 16.4 of the Southern District of Florida, hereby notify the Court that the parties have reached a settlement and request until February 27, 2026, in which to file a Stipulation of Dismissal.

| | |
|---|---|
| Dated: January 27, 2026 | Respectfully submitted, |
| */s/ Angela M. Nieves* | */s/ Cynthia A. Conlin* |
| ANGELA M. NIEVES | CYNTHIA A. CONLIN |
| Florida Bar Number: 1032760 | Florida Bar Number: 47012 |
| angela.nieves@sriplaw.com | cynthia@cynthiaconlin.com |
| | service@cynthiaconlin.com |
| **SRIPLAW, P. A.** | **CYNTHIA CONLIN, PA** |
| 21301 Powerline Road | 1824 E. Robinson Street |
| Suite 100 | Orlando, FL 32803 |
| Boca Raton, Florida 33433 | 407.965.5519 – Telephone |
| 786.788.6020 – Telephone | |
| 561.404.4353 – Facsimile | *Counsel for Defendant Jeffrey Lee* |
| *Counsel for Plaintiff MARATAC, INC.* | |