UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23073-ALTMAN

**MARATAC, INC.**,

    *Plaintiff*,

v.

**JEFFREY LEE**,

    *Defendant*.

    _____/

## ORDER

The parties filed a Notice of Settlement [ECF No. 24] telling us they've resolved their dispute. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. This case shall be **CLOSED** without prejudice to the parties to file a joint stipulation of dismissal by **February 27, 2026**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 29, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record